UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

FRANCISCO BLOISE, *on behalf of himself and others similarly situated,*

                      Plaintiff,

       -against-

SALCEDO CARGO EXPRESS, INC., *et al.*,

                      Defendant.

-------------------------------------------------------------X

23-CV-7462 (JPO)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE CALL**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Tuesday, September 10, 2024 at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335**.

DATED:    New York, New York
               August 19, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge