UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANCISCO BLOISE, *on behalf of himself and others similarly situated*,

                **Plaintiff,**

-against-

SALCEDO CARGO EXPRESS, INC., *et al.*,

                **Defendant.**

-----------------------------------------------------------------X

23-CV-7462 (JPO)

**ORDER RESCHEDULING PRE-SETTLEMENT CONFERENCE CALL**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A pre-settlement conference call has been rescheduled in this matter for **Tuesday, September 10, 2024 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335**.

DATED:    New York, New York
                September 5, 2024

                                            VALERIE FIGUEREDO
                                            United States Magistrate Judge