UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FRANCISCO BLOISE, *on behalf of himself and others similarly situated*,

                      **Plaintiff,**                    **23-CV-7462 (JPO)**

          **-against-**                          **<u>ORDER SCHEDULING SETTLEMENT CONFERENCE</u>**

**SALCEDO CARGO EXPRESS, INC.,** *et al.*,

                      **Defendant.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The settlement conference in this matter is rescheduled for **<u>Wednesday, October 16, 2024, at 9:30 a.m.</u>** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

    Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **<u>October 9, 2024.</u>**

**SO ORDERED.**

DATED:    New York, New York
               September 10, 2024

                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge