**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FRANCISCO BLOISE et al.,

                                Plaintiffs,                      23-CV-7462 (VF)
            -against-

SALCEDO CARGO EXPRESS, INC., et al.,               **ORDER**

                                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to inform the Court whether the first payment was made under the settlement agreement. The parties are directed to provide this update by **January 2, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
             December 3, 2025

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge

1