# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW

60 East 42nd Street · 40th Floor
New York, New York 10165

_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

April 3, 2026

**REQUEST TO WITHDRAW MOTION**

**BY ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> **Re:**    ***Bloise, et al. v. Salcedo Cargo Express., et al.***
> Civil Action No.:      1:23-cv-07462-VF

Dear Judge Figueredo:

We are co-counsel to the plaintiffs in this action brought pursuant to the Fair Labor Standards Act and New York Labor Law. We write to respectfully withdraw the motion to reopen [Docket 46]. Upon filing the motion, the defendants made all outstanding payments via electronic transfer, and we have agreed to allow the case to remain dismissed with prejudice. The hearing scheduled for April 28, 2026 [Docket 48] can be canceled. We greatly appreciate the court taking time to enforce this settlement.

Respectfully submitted,

/s/ Peter Hans Cooper

Peter H. Cooper, Esq.

cc:      All counsel (By ECF)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: April 6, 2026

The conference scheduled for **April 28, 2026** is hereby ADJOURNED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 49.